UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TAARIQ IRSHAAD,

Plaintiff,

v.

MACY TESMER, HEATHER HUVLAND, LAURA THIMIJAN, PETER WARD, STEVE ROLOEPHS, NURSING STAFF OF PAT CRANDAL, CAROLYN, BARB, DR. MOLELLA, DR. SUSAN PEARSON, AARON HESS, JIM ONEIL, EDWARD "TED" MAEDER, BARB OLSON, DAVE ADAMS, ANGELA EATON, JAY CLEMONS, STACY SINNER, KATHY STRIFF, and STEVE VONWALD,

Defendants.

CIVIL NO. 00-1554 (JMR/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated August 17, 2000. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendants Heather Huvland, Laura Thimijan, Steve Roloephs, Pat Crandal, Carolyn, Barb, Aaron Hess, Jim Oneil, Edward "Ted" Maeder, Barb Olson, Dave Adams, Angela Eaton, and Jay Clemons, be dismissed pursuant to 28 U.S.C. § 1915A(b); and

SEP 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff's claims against Defendants Macy Tesmer, Peter Ward, Dr. Molella, Dr. Susan Pearson, Stacy Sinner, Kathy Striff and Steve Vonwald be allowed to proceed at this time, without prejudice to any defenses that such Defendants may later seek to raise.

Dated: September 27th, 2000

JAMES M. ROSENBAUM
United States District Court Judge