UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TAARIQ IRSHAAD,

Plaintiff,

v.

MACY TESMER, PETER WARD, DR. MOLELLA, DR. SUSAN PEARSON, STACY SINNER, KATHY STRIFF, and STEVE VONWALD,

Defendants.

CIVIL NO. 00-1554 (JMR/JMM)

ORDER

Plaintiff, an inmate at the Olmsted County Jail, has filed a complaint seeking relief for alleged violations of his federal constitutional rights. On August 18, 2000 this Court Ordered, among other things, that within 30 days after the date of the order, Plaintiff shall file one completed USM-285 and one extra copy of the Complaint for each of the Defendants to be served [Docket No. 7]. In a letter received by this Court on October 2, 2000, Plaintiff stated that he did not receive the above Order until September 12, 2000 [Docket No. 11]. In his letter, Plaintiff moves this Court for an extension of time to pay the filing fee and for filing one completed USM-285 and one extra copy of the Complaint for each of the Defendants to be served [Docket No. 11].

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Within thirty (30) days after the date of this order, or by November 16, 2000, Plaintiff shall file one completed Form USM-285 and one extra copy of the Complaint for each of the Defendants to be served in this matter, failing which it will be recommended that the action be dismissed pursuant to Fed. R. Civ. P. 41(b);

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. If Plaintiff complies with the requirements of this order in a timely manner, a summons shall be issued and the U.S. Marshal shall effect service of process on those Defendants for whom Plaintiff has submitted a properly completed Marshal service form and an extra copy of the Complaint;

3. A copy of this Order shall be served together with the summons and Plaintiff's Complaint;

4. Those Defendants upon whom service of process is effected will be required to file a response to Plaintiff's Complaint.

Dated: October 17, 2000

JOHN M. MASON
United States Magistrate