UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TAARIQ IRSHAAD,

Plaintiff,

v.

MACY TESMER, PETER WARD, DR. MOLELLA, DR. SUSAN PEARSON, STACY SINNER, KATHY STRIFF, and STEVE VON WALD,

Defendants.

CIVIL NO. 00-1554 (JMR/JMM)

ORDER

Plaintiff, an inmate at the Olmsted County Jail, has filed a complaint seeking relief for alleged violations of his federal constitutional rights. [Docket No. 1]. The Court has repeatedly ordered Plaintiff to file one completed Form USM-285 and one extra copy of the Complaint for each Defendant to be served in this matter. Plaintiff has responded by providing Form USM-285, but failing to include even one copy of the Complaint. By letter dated November 3, 2000 [Docket No. 13], Plaintiff informed the Court that the only copy of the Complaint in existence is the one he originally filed with the Court. In an effort to finally move past the initial stage of this litigation, we are providing Plaintiff with a copy of the Complaint as an Appendix to this Order.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. By December 29, 2000, Plaintiff shall file one completed Form USM-285 and one extra copy of the Complaint for each of the Defendants to be served in this matter, failing which it will be recommended that the action be dismissed pursuant to Fed. R. Civ. P. 41(b);

DEC 14 2000

2. If Plaintiff complies with the requirements of this order in a timely manner, a summons shall be issued and the U.S. Marshal shall effect service of process on those Defendants for whom Plaintiff has submitted a properly completed Marshal service form and an extra copy of the Complaint;

3. A copy of this Order shall be served together with the summons and Plaintiff's Complaint;

4. Those Defendants upon whom service of process is effected will be required to file a response to Plaintiff's Complaint.

Dated: December 14, 2000

JOHN M. MASON
United States Magistrate

June 20th [redacted]
2000

TAARIQ IRSHAAD,

CV 00-1554 JMR/JMM

plaintiff

- Against -

Macy Tesmer, Heather Huvland, Laura things Sued in Their Individual Capacities, And Peter Ward, Steve Rolopolis And Nursing Staff of Pat C. Amel, Carolyn , Barb Dr. A. Mikels, Dr. Susan pearlson And Aaron Hess, Jim O'Neil, Edward "Ted" marder, Barb olson Dave Adams, Angela Eaton, Jay clemons, Stacy Simms And Kathy Stauff, Steve Vonwald Sued in Their Individual And Official Capacities

Defendants,

(1)

FILED JUN 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______ 21
DEPUTY CLERK VEM

## Preliminary Statement

This is a Civil Rights Action filed by Taariq Irshaad, An Vulnerable Adult Pre-Trial Detainee, for Damages And Injunctive relief Under 42 U.S.C. § 1983, Alleging Excessive Use of force, Cruel And Unusual punishment Denial of medical care in Violation of the 5th And Eighth Amendments to the United States Constitution And Confinement in Segregation in Violation of the Equal Protection Clause of The Fourteenth Amendment To the Constitution — continue -

preliminary statement continue
the plaintiff Also claims Illegal Tamper-ing of mail, the continuing wrong of Violations of Emotional Abuse And Alleges the torts of Assault and Battery And Negligence Against named Defendants

Jurisdiction:

1. the Court has Jurisdiction Over the the plaintiffs' Claims of Violation of federal constitutional Rights Under 42 U.S.C.§§ 1331 (a) And 1343.

2) the Court has Supplemental Jurisdiction over the plaintiff's state law Tort claims under 28 U.S.C.§ 1367.

Parties:

3) the plaintiff Tariq Irshad, was In the (Olmsted County Jail) As A pre-trial detainee during the Events described in this Complaint.

4.) Defendants Macy Tesmer, Heather Havland, Laura Thimijan Are Detention Deputys Employed At Olmsted County Jail, They Are sued in Their Individual Capacities.

5.) Defendant Kathy Stricklin is A Detention Deputy Sergeant Employed By the Olmsted County Jail, she is in Charge of in Coming And out Going Mail, she is sued in Her Individual Capacities

3.

Parties Continued,

6) Defendants Peter Ward, Steve Roelofs are Program officials who Arranges programs of Various Kinds from Exercise to Education And Are Hearing officers in charge of Disciplinary hearings for Detainees Accused of Breaking County Jail Rules, Both Are Employed At the olmsted County Jail, they Are Being Sued in their Individual And official Capacities.

7) Defendants Pat Crandal, Carolyn , And Barb , Are Nurses Employed At the olmsted County Jail And Generally Responsible for Ensuring the provision And proper medical Care to Detainees, And Scheduling Medical Appointments Outside The Jail when A Detainee needs specialized Treatment or Evaluations. They Are Being Sued in Their Individual And official Capacities

8) Defendant Dr. ______ Molella is An licensed Doctor who is Also Employed By the olmsted County Jail And is Generally Responsible for The overall care of Each Detainee And Recommendations for Proper Health And Treatment Remedies She is Being Sued in her Individual And official Capacities.

9.) Defendant Dr. Susan Pearlson is A licensed psychologist Also Employed By the olmsted County Jail And is Responsible for The Treatment And Counseling of Detainees in need of specialized Care

(Parties Continued)

10) Defendants Aaron Hess, Jim Oneil, Edward (Ed) Maedke, Barb Olson, Angela Eaton, Jay Clemons, Dave Adams Are Employed As Sargents and Acting Duty Sargents at the Olmsted County Jail, they Are in Charge of Platoons A.B.C. Units who Run the operations of the Jail During Various Shifts, they Are Being Sued in their Individual And official Capacities.

11.) Defendants Stacy Sinner And Steven Von-Wald Are Employed As Captain And Director Respectfully at the Olmsted County Jail, they Are in charge of All Administrative charges Reviewing Appeals of Disciplinary charges filed By Detention Center Detainees, Also is in Charge of Transportation of Detainees To Medical Appointments, Approving placement of Specialized Detainees, Both Are in charge of Making Rules As they See fit And is in Charge of the overall functions of The Jail And Detainees They Are Both Being Sued in Their Individual And Offical Capacities.

12. All The Defendants have Acted And Continue To Act, under color of State law at All Times Relevant To This complaint.

13.) Plaintiffs have Exhausted All Remedies Through the Grievance procedure Through Jail Staff, to Captn, Director And To State Ombudsman And To Local Judge Birnbaum

Facts:

14. ON JAN 07th, 2000, the Plaintiff was Removed from General population at olmsted county Jail And placed in protective custody By. Defendant Angie Eaton

15.) ON JAN 10th, 2000, Plaintiff was placed in Administrative Segregation For Alleged Fight ON JAN 07th, 2,000.

16) Mis use of Force:

ON Jan 27th Plaintiff was Stripped Naked By Defendants Captin Scinner Orders Tear Gas Sprayed By 10-12 Officers And Transfered To the pink Room Hardcell For Two Day's 48 hrs. Naked Without Blanket OR Mattress And Given Bag lunches For 2½ Day's,

17) the Defendants Reason is Plaintiff Refused To Take Injectible Insulin whereas Plaintiff is an Diabetic

18.) On March 25th Defendants Maintenance Heather Hustard Takes plaintiff to out Door Recreation Shackled, leg Irons, waist Restraint Belt.

19.) upon Returning To Segregation unit Defendant Macy Tesmer Keeps pushing Plaintiff Repeatedly on the Back of Shoulder Saying "hurry-up"

20.) Once Inside unit Defendant Macy Tesmer pushes Plaintiff in Back, Because of plaintiff shackled Body he has no movement for protection

6) FACTS CONTINUED

21) Plaintiff flips over metal chair and Bruises his head, face, fore Arms, legs from Being Slammed to the floor

22) Plaintiff Recieves lacerations to the Head Bruises his face, Arms, legs, Defendant Heather Houland Doesnt help or Assist,

23) A Call to Acting Duty Sargent, Defendant Laura Thimijan to Unit and asks plaintiff Are you ok? Plaintiff Says No "I Busted my Head And my Back Hurts!"

24) Defendants Thimigan And Tesmer laugh And Say At least you didnt Break your Penis And Assorted other Jokes,

25) Plaintiff yells that shit aint funny I Hurt, Defendant Heather Houland Unwrapps Plaintiffs chained Ankles from Around metal chair And unCuffs Plaintiff

26) Defendant Thimigan Resorts to Jokes About Plaintiff having ugly legs.

27) Denial of Due Process

upon Being taken to Hard Cell on JAN 07th 2000 for protective Custody reasons plaintiff was Never Given Reason to Be charged Disciplinary

28) JAN 10th Defendant Pete Ward found Plaintiff Guilty of Assault, Contraband, Disrupting every day life at Jail, fighting, put on Administrative Seg No Privileges to further Notice.

 FACTS CONTINUED

29) ON JAN 10th plaintiff was Refused To Call Witnesses on his Behalf, Defendant Ward Refused To call any Detainees for witnesses

30) Defendant Ward Failed To call any witness stating he wasnt Going To Get any Detainees Involved To come To A Hearing Involving A Trouble maker and that the staff reports gave A full picture of the Incident

31.) After the Hearing, plaintiff Recieves Disposition Signed By Defendant Pete Ward (Guilty as charged) Based on staff statements and plaintiff admit to Fighting.

32. The staff statements Didnt Include any thing About Contra Band, But Plaintiff was charged with possesion of contraband

33) THE STAFF STATEMENTS DID NOT STATE Any Facts showing that The plaintiff Disrupted The over All Security And Running of the Jail on JAN 07 2000

JAN 13-2000

34 Pursuant To A.D.C Policy & Procedure, the plaintiff filed an Administrative Appeal with Defendant Sinner, pointing out There was no weapon found, none of my witnesses were called, There was no Evidence supporting the charge for possesion of contraband or Disrupting Jail procedures and the written Disposition Did NOT Explain the Reasons for Finding of Guilt on These specific charges.

35) DEFENDANT SINNER DENIED the Plaintiffs Appeal.

8)

7 ETS CONTINUED
DENIAL DUE PROCESS

36. JAN 10th -2000
From Specific ORDERS By DEFENDANTS SINNER AND VON WALD PLAINTIFF is TO have Nothing in His Belonging, NO BOOKS, NO GYM, NO Hygiene products, NO visiting, MUST BE Shackled To shave, Shackled For Visits To LAWYERS OR ANY professional visits NURSES, CLERGY,

JAN-10-2000
37) DEFENDANTS SINNER AND VON WALD have specific Rules FOR plaintiff, NO LIBRARY BOOKS, REMOVAL OF LAW PAPERS - LEGAL BOOKS NO Religious BOOKS, NO phone CALLS To Any ONE, NO MAIL, NO Correspondance of ANY KIND, NO ACCESS TO NEWSPAPER, MEDIA

38) ON FEB 3rd -2,000 PLAINTIFF ASKS FOR Copy of Incidence reports From Alleged Fight And Attemp SUICIDE (Hospital report) From DEFENDANT VON WALD, DENIED

39) FOR MY ALLEGED Fight I Plaintiff WAS Subject TO DENIAL of Every Right FOR Even under Admin-Seg STATUS.

40) ON FEB 3rd I WAS Given options To EARN My privileges And CONSTITUTIONAL Rights Back. // Every Week.

41) Plaintiff STILL haven't had Any Disciplinary ACTIONS Against Him.

42) MARCH 7th I'm Plaintiff is finally Allowed Personal Hygiene, letter writing Material, mail, 3 library Books, 3 X WEEK Gym 4-4:30.

(9)

FACTS CONTINUED

DENIAL DUE PROCESS

43) Due To the Inappropriate of Plaintiff having To Be Shackeled it limited his Rights For Visits AND Embarrasment in front of Daughter AND Wife!

44) Plaintiff was subjected of urine, Excrement contamination For 45 hrs By Scott Nicholson (Detainee) on March 14-15-11 Failure To move Plaintiff Till After 45hrs.

45) Plaintiff continuously Asks Defendants Sinner, Von Wald For copies of Incident Reports, Files concerning Plaintiff, Defendants Sinner AND VonWald DENIED Requests

46) ON 3-23-2000 Plaintiff Requests Defendant Sinner To move To special unit For Troubled Detainees AND Medical problems

47) Defendant Sinner DENIED Request AND STATED she had no plans To move or change plaintiff classification,

48) ON 3-17-2000 Defendant Kathy Streiff Read AND Detained Plaintiff's letter which came by U.S. mail

49) upon policy For mail Defendant Failed To provide notification To plaintiff that letter was To Be with Held For security purpose

50) Defendant Ward, Roelophs Refused To order Religious Books For plaintiff 4-3-00

10)

FACTS CONTINUED
DENIAL DUE PROCESS

51) DEFENDANT REFUSED PLAINTIFF ACCESS TO LAW LIBRARY. 4-32000

52) DEFENDANT SINNER REFUSES REQUEST FOR COPIES BY PLAINTIFF FOR OWN DEFENSE PRO SE, 4-12-00

53) AS OF 4-13-2000 PLAINTIFF BRINGS ISSUES TO COURT IN OLMSTED COUNTY TO JUDGE ROBERT BIRNBAUM

54) JUDGE ROBERT BIRNBAUM DENIES PLAINTIFF MOTION FOR LACK OF JURISDICTION

55) AS OF 5-25-2000 PLAINTIFF STILL HAS NOT HAD ANY VIOLATIONS AND DEFENDANTS SINNER - VON WALD REFUSES PLACEMENT OF PLAINTIFF INTO PROPER HOLDING FACILITIES SUCH AS SPECIAL UNIT AT THE A.D.C. OR SUCH FACILITY AS THE STATE HOSPITAL ST. PETER,

56) Denial of Medical Care:

OCT-NOV 99 PLAINTIFF WAS TAKEN TO THE DENTIST FOR A BROKEN MOLAR TOOTH THE DENTIST RECOMMEND ORAL SURGERY IMMEDIATELY

57) BECAUSE PLAINTIFF IS DIABETIC ORAL SURGERY WAS RECOMMENDED, PLAINTIFF WAS IN GENERAL POPULATION TIL JAN 07 WHEN HOUSED IN SEGREGATION (PROTECTIVE CUSTODY)

11) Facts Continued

DENIAL MEDICAL CARE.

58) JAN 26th Plaintiff ATTEMPTED SUICIDE, CUT WRIST - legs, TAKEN By Gold cross AMBULANCE TO OLMSTED MEDICAL Hospital.

59) Emergency Room STAFF ____________ SUTURED Plaintiff's LACERATIONS AND TREATED cuts and slashes To wrists AND legs,

60) EMERGENCY Room STAFF ORDERED plaintiff To BE MOVED TO the psychiatric DIVISION IMMEDIATELY AT ST. MARY'S Hospital locked unit.

61) ORDER TO TRANSPORT him TO ST. MARY'S Hospital WAS DENIED By DEFENDANT Sgt. Eric (TED) Heimer)

62) JAN 27th 2000 plaintiff Refused To BE STUCK By Needle FOR Insulin, TEAR GAS SPRAYED PUT IN ISOLATION cell NAKED, NO TREATMENT From Being Sprayed

63) JAN 28th, Plaintiff Seen By Nurses, DEFENDANT PAT , BARB , AND DEFENDANT SUSAN PEARLSON; Plaintiff Again WAS DENIED Transfer to psychiatric setting more suitable For plaintiffs' NEEDS.

64) Plaintiff Kept in ISOLATION HARD cell FOR 48 hrs, Bag lunches, NAKED NOT TREATED From spray.

65) Plaintiff had open wounds, cuts, Abrasion from ATTEMPT Suicide 2 day PRIOR, plaintiff RECEIVE NO TREATMENT FOR Burning SENSATIONS

12)

FACTS CONTINU

"DENIAL OF MEDICAL CARE"

66) 3-25-2000 plaintiff Denied Medical care Bruised head, face, Arms, legs Abrasions by Defendants [illegible], Hoyland, thimigan

67) 3-26-2000 Tylenol was Given To plaintiff By Defendant thimigan,

68) Plaintiff Requests Removal of Broken Tooth Due To The pain, cant chew, Sensitive To Hot-cold food or Drink Denial By Nurses And DR. Morello

69) Plaintiff Ask Defendants DR. Morello And Nurses PAT, Carolyn, Carl To Get Eyes Tested, DENIED

70) Given A Magnifying Peice of Plastic ON 5-13-2000 To help Read By Medical STAFF

71) Even programs official have A Box of Reading Glasses from Donations To The Jail, DENIED Several Times By Defendant Roelophs,

72) After 6½ Months Still in PAIN Plaintiff is Refused To Get Tooth Removed, Still Suffers

73) ON Information And Belief if the Plaintiff is NOT promptly provided Medical Intervention, Severe problems can Erupt Due To Plaintiff Mental

13)

FACTS CONTINUED
DENIAL of MEDICAL CARE

74.) ON Information And Belief & the Plaintiff is NOT Given proper exercise Because of his DIABETIC CONDITIONS MAJOR problems, Blindness, limbs inactive CAN OCCUR As DIRECTED By DR. MORELLO

75) DENIED SEVERAL Times By Defendant SINNER ON plaintiffs Transfer To A MORE proper AND Suitable place for Treatment.

76) ON MARCH 23, 2000 plaintiff was DIAGNOSED AS ① Mildly RETARDED ② Schizophrenic - With Delusional, paranoid Thoughts ③ DIABETIC ← SEVERE problems By DR. Bonita PATTON

77) Being Secluded For 5 1/2 months is cruel And unusual for A Vulnerable Adult Plaintiff Seeks Help.

78) Plaintiff is Hearing Voices, Suffering MENTAL And EMOTIONAL Harm And is Being DENIED ACCESS TO psychiatric Facilities As Recommended By Emergency Room STAFF,

79) DEFENDANTS MORELLO, Nurses PAT, CAROLYN BARB, is Responsible For Arranging Specialized Medical CARE outside The JAil

80) DEFENDANTS SINNER IS Responsible for Arranging TRANSPORTATION of PlAINTIFF FOR Specialized MEDICAL CARE

# Claims of Relief

81) the Actions of Defendants WARD, in Refusing To Call Witnesses requested By plaintiff, finding him Guilty of Possession of contraband, Disrupting operations with No evidence To Support The charge And provided AN INADEQUATE written Disposition of the charges DENIED the plaintiff the DUE Process of law in Violation of the fourteenth Admendment To The United States Constitu...

82) The Actions of Defendant SINNER in Refusing To overturn The plaintiffs Disciplinary Conviction, Despite her Knowledge of The Above Described Due process violations, Constitutes Deliberate indifference And futher DENIED. The Plaintiff the due process of law in Violation of the fourteenth Amendment To The United STATES CONSTITUTION,

83) the Actions of Defendants Tesmer and Hauland, Thimijon in using physical force Against the plaintiff A "vulnerable Adult" Without NEED or provocation, or in failing to Intervene To prevent THE mis use of force, were Done maliciously And sadistically And Constituted cruel and unusual punishment in Violation of the Eighth Amendment of the United States Constitution,

84) the Actions of Defendant Tesmer in using physical force Against Plaintiff Without NEED or provocation Constituted the TORT of Assault And Battery under the law of ________,

15) CLAIMS FOR RELIEF

85) DUE TO MEMOS FROM DEFENDANT SINNER TO SEGREGATION UNIT AND SGTS, DEFENDANTS AARON HESS, JIM ONIEL, ERIC (TED)? BARB OLSON, DAVE ADAMS, ANGELA EATON AND JAY CLEMONS CAUSE THEIR OWN DESCRETION AND ACTS OF NEGLIGENCE AGAINST PLAINTIFF TO HUMILIATE PLAINTIFF MENTALLY, PHYSICALLY BY RESTRAINT BELTS, SHACKLES, HAND CUFF TO SHAVE KNOWING VIOLATIONS OF PLAINTIFFS RIGHTS AND WAS IN POSITIONS TO CORRECT BLATANT VIOLATIONS OF PLAINTIFFS RIGHTS, CONSTITUTED DELIBERATE INDIFFERANCE AND CONTRIBUTE TO THE TORT OF ASSAULT AND BATTERY AND VIOLATION OF EIGHTH AMENDMENT RIGHTS

86) DEFENDANTS STACY SINNER, AARON HESS, JIM ONEIL, ERIC (TED) HEIMS?, BARB OLSON, DAVE ADAMS, ANGELA EATON AND JAY CLEMONS VIOLATES PLAINTIFFS RIGHTS FOR FAILURE TO TRAIN AND SUPERVISE THEIR SUBORDINATES IN PROCEDURES OF SHACKLING AND UNSHACKLING PROCEDURES WHICH CAUSE PLAINTIFF TO GET HURT - ALSO THE PROPER PROCEDURES IN USE OF ISOLATION CELLS, WHICH PLAINTIFF WAS LEFT NAKED FOR 48 HRS, AND LACK OF MEDICAL TREATMENT CONSTITUTES VIOLATIONS OF PLAINTIFFS EIGHTHS ADMENDMENTS RIGHTS AND CONSTITUTED GROSS NEGLIGENCE AND RECKLESS DISREGARD OF PLAINTIFFS RIGHTS.

Claims for Relief
continued

87) Defendant Sgt. Kathy Streiff Actions to conceal and take incoming mail without notice to plaintiff constitutes violations of Jail polices (3-ALDF-5D-05) And specifically in violation of plaintiff Eighth Amendment Rights.

88) Defendant Sinner Actions to Refuse plaintiff in Recieving mail constitutes violation of 5th And 8th Amendments Rights

89) Defendant Sinner Actions to withhold Documents, files of plaintiff constitutes Denial of Due Process And further stops plaintiff Access to Courts to file pro se constitutes Denial of Due Process, furthers plaintiffs mental Anguish

90) Defendants Sinner, Von Wald Actions to create And Implement Rules of deprivation of plaintiffs (Basic Human Needs) to "Break ones spirits" By total Disreguard of plaintiffs Emotional And Mental state By lack of priviliges, punishment is an Deliberate indifference And further Denies plaintiff his 5th Amendment Rights to Due Process

91) Defendants Sinner, Eric (Ted) Hims Repeated Denial of plaintiff's Request to see Jail House lawyer (Dave Brooks) further stops plaintiff Access to the courts constitutes Denial of Due Process. Violation of plaintiff 5th Amendment rights

17) Claims for Relief

continued

92) Defendants Dr. Morello, Dr. Pearlson And Nurse Pat, Carolyn, Barb Knowing that Plaintiff Needs special care Due To His Mental Disabililities And Diabetes Knew of the Deprivations And Cruel and unusual Punishment And Turned The other cheek which is Deliberate Indifference which violated Plaintiffs 5th - 8th Amendment Rights Further lack of Psychiatric Care in A proper setting And, lack of Medical Attention Dental And Eye Appts will only Hurt plaintiff severely due to complications of Diabetes

93) The failure of Defendant Pearlson To provide for the Necessary Treatment of Plaintiffs Psychiatric Needs And Mental Well Being As Plaintiff is An Vulnerable Adult Constitutes Deliberate Indifference To Plaintiffs serious Medical needs in Violation of 5th - 8th Amendments To the United States Constitution.

94 Relief Requested

wherefore, Plaintiff Requests that the Court Grant the following Relief:

A. Issue A Declaratory Judgment stating that:

1.) the physical Abuse And Negligence By Defendant Tesmer Towards Plaintiff Violated Plaintiffs rights under the 5th - 8th Amendment To the United States Constitution And constituted

18) RELIEF REQUESTED
CONTINUED

A.2.

Defendant WARD'S Action in Conducting the plaintiffs Disciplinary hearing, And Defendant Sinner's Actions in Sustaining it, violated the plaintiffs rights under the Due process clause of the fourteenth Amendment To to the United States constitution.

3. Defendant ~~Dr. Morello~~ SINNER Dr. Pearlson And Nurses pat?, Carolyn, Barb Actions in failing To provide, Adequate Medical care for the plaintiff violated, AND Continue To violate, the plaintiffs Rights under The 5th - 8th Amendment To The United states constitution

B. Issue AN Injunction ordering Defendants Captain Stacy Sinner or Her Agents To:

1.) Immediately Arrange for the Plaintiffs tooth Be Removed By An ORAL Surgeon At the local Hospital st. mary's

2.) Immediately Arrange for the Plaintiffs NEED for Psychiatric therapy or other follow-up medical Treatment To Be Evaluated By A Psychiatrist who is Qualified in the Treatment of Mental Disabilities

3. Carry out with out Delay the Treatment Directed by Such Medical practitioner.

19) Relief Requested cont.

C.

Issue an Injunction Ordering Defendant Sinner To:

1.) Release the Plaintiff from Administrative Segregation and place him in General population, with Restoration of All rights and privileges;

2. Expunge the Disciplinary Convictions Described in This complaint from the Plaintiff's Institutional (county Jail) Record

D. Award Compensatory Damages in The following Amounts;

1) $ 60,000 Jointly And Severally Against Defendants Tesmer, Houland, Thimijan for the physical And Emotional Injuries Sustained As A Result of Negligence And Cruel - Unusual punishment To A Vulnerable Adult - Plaintiff

2) $ 10,000 Jointly And Severally Against Defendants Ward, Roelofs, for The Punishment And Emotional Injury Resulting from Their Denial of due process in Connection with the plaintiffs Disciplinary proceedings And lack of Access To the Courts by program officials And Lack of Religious Books Another Due process Violation.

20. Relief Requested
continued

D.

3. $40,000 Jointly And Severally Against Defendants Hess, ONeil, Maeder, olson, Adams Eaton, Clemons, For Having Knowledge of A Continuing Wrong And over looking Plaintiff causes A Deliberate Indifferance, And Emotional And cruel-unusual Punishment To plaintiff,

4) $20,000 Jointly And severally Against Defendants Crandal, Carolyn } CAEB DR. Molella for the physical Pain And failure To Treat Plaintiff for Emotional And medical Problems, Dentist And Eye Exam

(5) $10,000 Severally Against Defendant Pearlson for the lack of Pyschiatric Treatment And Denial of Vulnerable Adult Plaintiffs Rights To proper Medical care which cause Injuries To Plaintiff, Emotionally

(6) $10,000 Severally Against Defendant Kathy Streiff for not following Proper procedures in mail which caused Plaintiffs mail Suppression, caused Plaintiff Emotional Duress and pain

(7) $50,000 Jointly And Severally Against Defendant Sinner, Von Wald for the on Going And continuing wrong of Plaintiffs Rights Physical And Emotional Injury resulting from Their failure to provide Adequate Medical care, proper Housing, Damaging Rule made To hurt & Punish Plaintiff Emotional

21) Mentally, physically And Denied to Access to court Also: handicapp plaintiff's cry for Help.

E, Award Punitive Damages in the following Amount

1) $20,000 each against Defendants: Tesmer, Houland, Thimijan

2) $10,000 each Against Defendant Ward, [illegible]

3) $5,000 each Against Defendants Hess, Oneil, Maeder, Olson, Adams, Eaton, Clemon

4.) $2,500 each Against Defendants Pat Crandall, Barb [illegible], Carolyn [illegible], Dr. —— malella

5) $10,000 Against Defendant Pearlson

6) $5,000 Against Defendant K. Streiff

7) $20,000 each Against Sinner, Donwald

F, Grant Such other Relief As it May Appear that plaintiff is Entitled.

6-1-2000 Respectfully Submitted

Taariq Irshaad
TAARIQ IRSHAAD

~~[illegible]~~
~~[illegible]~~
2100 Sheppard Drive, ~~[illegible]~~
St. Peter, MN

I declare under Penalty of Perjury that the fore going is True And correct

Executed at Olmsted County Jail Rochester, Minn
Olmsted County